# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN



Denise Rowan
4953 Lor Drive
Waterford, MI 48328                    †Plaintiff,

Case: 2:12-cv-10034
Judge: Cox, Sean F.
MJ: Whalen, R. Steven
Filed: 01-04-2012 At 04:35 PM
CMP: DENISE ROWAN V. PATRICK R. DONAHUE, ET AL (KB)

Patrick R Donahue, Postmaster General
Postmaster-General
Great Lakes Area
U.S.P.S.                               †Defendant(s).

## COMPLAINT AND MOTION FOR OTHER RELIEF

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 (as amended by the Equal Employment Opportunity Act of 1972) for employment discrimination. Jurisdiction is specifically conferred on this Court under 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

2. Plaintiff resides at the address at the bottom of this form.

3. Defendant's address is:
   Great Lakes Area U.S.P.S.
   STREET ADDRESS                  CITY              STATE  ZIP

4. The address where the alleged discrimination occurred (the address where you were employed or sought employment):
   5340 Highland      Waterford      MI  48327
   STREET ADDRESS     CITY           STATE  ZIP

5. The alleged discriminatory acts occurred:
   2008                2010
   FROM (DATE)         TO (DATE)

6. Charges were filed with the Michigan Civil Rights Commission regarding defendant's alleged discriminatory conduct:
   
   _____
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)

7. Charges were filed with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct:
   1st time was later in 2008 - then my 2009 & 2010 cases were combined.
   DAY/MONTH/YEAR (IF YOU DID NOT FILE WITH THIS AGENCY, LEAVE THIS LINE BLANK)
   Primary case filed Sept. 16, 2009

PAGE ONE OF TWO

INT-0137-MIE 4/95 REV. 10/01

8. The Final Determination/Notice of Right to Sue letter from the Equal Employment Opportunity Commission was received on (date) _____.
I ☑ have   ☐ have not   filed this complaint within the 90 day period as required by 42 USC Section 2000e-5.

9. The acts complained about in this suit concern:

   A. ☑ Failure to employ you       B. ☐ Termination of employment

   C. ☐ Failure to promote you      D. ☑ Other acts, explained below:

   Harrassment, discrimination, intimidation
   _____
   _____
   _____

10. Defendant's conduct is discriminatory based upon:

    A. ☐ race   B. ☐ color   C. ☐ gender   D. ☐ age   E. ☐ National origin

    F. ☑ ADA-defined disability/other: _____

11. A copy of my charge to the Equal Employment Opportunity Commission is attached to this Complaint and is submitted as a brief statement of the facts of this claim.

    If relief is not granted, I will be irreparably denied rights secured by Title VII of the Civil Rights Act of 1964 and/or the Elliot-Larsen Civil Rights Act.

    I therefore pray that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney fees.

    _Denise Rowan_
    SIGNATURE OF PLAINTIFF

    4953 Love Dr.
    STREET ADDRESS

    Waterford MI 48329
    CITY, STATE, ZIP

    1-4-12                    (248) 933-2510
    DATE                      TELEPHONE NUMBER

PAGE TWO OF TWO



National EEO Services Office
**UNITED STATES**
**POSTAL SERVICE**

# UNITED STATES POSTAL SERVICE
# EQUAL EMPLOYMENT OPPORTUNITY CASE
# IN THE MATTER OF:

| | | |
|---|---|---|
| Denise Rowan<br>4953 Lore Dr<br>Waterford  MI  48329-1644<br>Complainant,<br><br>v.<br><br>Patrick R. Donahoe<br>Postmaster General<br>Respondent<br>Great Lakes Area<br>U.S. Postal Service | Delivery Confirmation Representative<br>Delivery Confirmation Complainant<br><br>EEOC Case No.:<br>Agency Case Number:<br>Primary Case Date Filed:<br>Secondary Case Number/s: | <u>0308 1400 0000 9377 7935</u><br><u>0308 1400 0000 9377 7928</u><br><br>471-2010-00051X<br>4J-480-0064-09<br>September 16, 2009<br>4J-480-0080-10 |

## NOTICE OF FINAL ACTION

In accordance with Title 29, Code of Federal Regulations, Part 1614.110(a), this is the U.S. Postal Service's Notice of Final Action in your complaint of discrimination identified above.

On October 3, 2011, Administrative Judge Mimi M. Gendreau of the Equal Employment Opportunity Commission (EEOC) issued a decision that was received by the Postal Service on October 7, 2011.

I have reviewed the entire record, including the investigative file and the transcript of the hearing held June 1, 2011, and I agree with the Administrative Judge that you have not shown that you were the victim of illegal discrimination. Consequently, I have decided to implement the decision of the AJ.

### Appeals to the EEOC

You have the right to appeal the Postal Service's final decision to the Director, Office of Federal Operations, EEOC, P.O. Box 77960, Washington, DC 20013-8960, within 30 calendar days of your receipt of this decision. You must use Form 573, a copy of which is enclosed, in connection with your appeal. You may also deliver your appeal in person or by facsimile provided that briefs filed by facsimile are ten or fewer pages in length. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. Along with your appeal, you must submit proof to the EEOC that a copy of the appeal and any supporting documentation or brief were also submitted to the National EEO Investigative Services Office, NEEOISO - FAD, USPS, PO Box 21979, Tampa FL  33622-1979.

You are advised that, if you file your appeal beyond the 30-day period set forth in the Commission's regulations, you should provide an explanation as to why your appeal should be accepted despite its untimeliness. If you cannot explain why your untimeliness should be excused in accordance with 29 C.F.R. 1614.604, the Commission may dismiss the appeal as untimely.

Denise Rowan
Notice of Final Action

Page 2 of 2

**Right to File Civil Action**

Alternatively, if you are dissatisfied with the Postal Service's final decision in this case, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of the Postal Service's final decision, within 90 calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing an appeal with the EEOC if no final decision has been rendered. If you choose to file a civil action, that action should be captioned:

### DENISE ROWAN V. PATRICK R. DONAHOE, POSTMASTER GENERAL

You may request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security. Whether these requests are granted or denied is within the sole discretion of the District Judge. Your application must be filed within the same 90-day time period for filing the civil action.

*Rebecca Pagan*                         10/27/11

Rebecca Pagan
EEO Services Analyst
PO Box 21979
Tampa FL 33622-1979

Enclosure: Appeal Form 573

cc: Manager, Human Resources
    Southeast Michigan District
    2351 Bellingham Dr
    Troy                          MI    48083-9400

    Mimi M. Gendreau, Administrative Judge
    Detroit District Office
    477 Michigan Ave #865
    Detroit                       MI    48226-9704

    Regional Manager, EEO Compliance and Appeals
    Great Lakes Area
    244 Knollwood Drive 2nd Floor
    Bloomingdale                  IL    60117-3010

    Lana S. Johnson
    Great Lakes (and Lakeland) USPS Law Department
    222 S. Riverside Plaza, Suite 1200
    Chicago                       IL    60606-6105

    Claude T Beavers, Representative
    740 W Eleven Mile Rd
    Madison Heights               MI    48071-3206



UNITED STATES OF AMERICA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DETROIT FIELD OFFICE

| | |
|---|---|
| COMPLAINT OF ) | EEOC DOCKET NO. |
| ) | 471-2010-00051X |
| ) | |
| DENISE ROWAN, ) | AGENCY CASE NO. |
| ) | 4-J-480-0064-09 |
| ) | 4-J-480-0080-10 |
| Complainant, ) | ADMINISTRATIVE JUDGE |
| ) | MIMI M. GENDREAU |
| and ) | |
| ) | DATE: OCTOBER 3, 2011 |
| PATRICK R. DONAHOE, POSTMASTER ) | |
| GENERAL OF THE UNITED STATES, ) | |
| ) | |
| Respondent Agency. ) | |

### ORDER ENTERING JUDGMENT

For the reasons set forth in the enclosed Decision dated October 3, 2011, judgment in the above-captioned matter is hereby entered. A Notice To The Parties explaining their appeal rights is attached.

This office is also enclosing a copy of the hearing record for the agency. The parties have received the correspondence in this matter when it was originally sent.

If the Agency wishes to have the copy of the Report of Investigation (ROI) returned to it, it has 30 days to provide to this office a pre-paid self addressed envelope for the ROI to be mailed or it will be destroyed.

SO ORDERED.

Mimi M. Gendreau
Administrative Judge

Enclosures

## CERTIFICATE OF SERVICE

I certify that on October 3, 2011, the foregoing documents listed below were sent *via* first class mail to the following:

NEEOISO
P.O. Box 21979
Tampa, FL 33622-1979

Denise Rowan
4953 Lore Dr.
Waterford, MI 48329

Claude T. Beavers
740 W. Eleven Mile Rd.
Madison Heights, MI 48071

Lana S. Johnson
USPS Law Department
222 S. Riverside Plaza, Suite 1200
Chicago, IL 60606


_____
Mimi M. Gendreau
Administrative Judge

[☑] Decision; (bench[ ], written[☑])
[☑] Order Entering Judgment
[ ] Correspondence
[☑] Hearing Exhibits
[☑] Transcripts
[ ] Case File
[☑] Notice to the Parties

JS 44 (Rev. 12/07)                CIVIL COVER SHEET    County in which action arose **Oakland**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Denise Rowan
4953 Lore Drive
Waterford MI 48329

**DEFENDANTS**
Patrick R. Donahue
Postmaster General
Great Lakes Area
U.S.P.S.

(b) County of Residence of First Listed Plaintiff **Oakland**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) Lana S. Johnson
Great Lakes USPS Law Dept.
222 S. Riverside Plaza, Ste 1200
Chicago IL 60606

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: I am suing my employer for violating my rights.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 0
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE Mimi Gendreau
DOCKET NUMBER 471-2010-00051X

DATE 1-4-12
SIGNATURE OF ATTORNEY OF RECORD Denise Rowan

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: _____